Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUY COFFMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>PERCEPTRON, INC., JAY W. FREELAND, C. RICHARD NEELY JR., JOHN F. BRYANT, JAMES A. RATIGAN, WILLIAM C. TAYLOR, and SUJATHA KUMAR,<br><br>  Defendants. | Case No: 1:20-cv-05283-MKB-RLM<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Guy Coffman hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: November 12, 2020                                Respectfully submitted,

                                                        **HALPER SADEH LLP**

                                                        By: /s/ Daniel Sadeh
                                                        Daniel Sadeh, Esq.
                                                        667 Madison Avenue, 5th Floor
                                                        New York, NY 10065
                                                        Telephone: (212) 763-0060
                                                        Facsimile: (646) 776-2600
                                                        Email: sadeh@halpersadeh.com

                                                        *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on November 12, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: November 12, 2020                          /s/ Daniel Sadeh
                                                                                  Daniel Sadeh